UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUNIUS SEYMORE VERRET, JR.                CIVIL ACTION

VERSUS                                    NUMBER:  20-339

MICHAEL TUCKER,                           SECTION: "J"(5)
CUT RATE BAIL BONDS

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 13th day of May, 2020.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE